UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 09-07-JMH-CJS |
| ) | Civil Action No. 10-7139-JMH-CJS |
| v. ) | |
| ) | **MEMORANDUM OPINION AND ORDER** |
| ANDREW S. COTTON, ) | |
| ) | |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on the Report and Recommendations of Magistrate Judge Candace J. Smith [Record No. 30]. Said action was referred to the magistrate for the purpose of reviewing the merit of Defendant's Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 [DE 25].

In his § 2255 Motion, Defendant asserts that his conviction for failure to register as a sex offender in violation of 18 U.S.C. § 2250(a) is invalid because the conduct that allegedly violated the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. § 16091, occurred before the Act became applicable to him. He relies on *Carr v. United States*, \_\_\_ U.S. \_\_\_, 130 S.Ct. 2229 (June 10, 2010), and *United States v. Utesch*, 596 F.3d 302, 313 (6th Cir. 2010), in support of his argument. The United States of America has responded [DE 29], conceding that Defendant's conviction is invalid and that it should be vacated.

The Court has carefully considered the argument presented by Plaintiff as well as the Report and Recommendation of the magistrate

judge. Noting that the United States has conceded that Plaintiff's conviction is invalid, effectively waiving any argument in that vein, the Court concludes that it may and should enter an order disposing of this matter without awaiting the expiration of the fourteen days ordinarily permitted for objections to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2).

Accordingly, this Court adopts the reasoning set forth in the Report and Recommendation as its own.

**IT IS ORDERED:**

(1) that the Magistrate Judge's Report and Recommendation [DE 30] shall be, and the same hereby is, **ACCEPTED** and **ADOPTED**;

(2) that Defendant's Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 [DE 25] is **GRANTED**;

(3) that the Judgment [DE 17] against Defendant shall be **VACATED** and the Indictment [DE 1] shall be **DISMISSED WITH PREJUDICE.**

This is the 3rd day of November, 2010.



**Signed By:**

**_Joseph M. Hood_**
**United States Senior Judge**